CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Richard M. Moulton JR 08519-036

**Full Name of Plaintiff**          **Inmate Number**

v.

United States

**Name of Defendant 1**

---

**Name of Defendant 2**

---

**Name of Defendant 3**

---

**Name of Defendant 4**

---

**Name of Defendant 5**

(Print the names of all defendants. If the names of all
defendants do not fit in this space, you may attach
additional pages. Do not include addresses in this
section).

:
:
:
:    **Civil No.** _____
:    (to be filled in by the Clerk's Office)
:
:
:    (___) Demand for Jury Trial
:    (✓) No Jury Trial Demand
:
:
:
:
:
:              **FILED**
:           **SCRANTON**
:           MAR 0 4 2022
:
:    PER _____
:              DEPUTY CLERK
:
:
:
:
:
:
:
:
:

## I.    NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

___    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___    Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388
(1971) (federal defendants)

✓    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the
United States

II.    **ADDRESSES AND INFORMATION**

A.    **PLAINTIFF**

Moulton    Richard M
Name (Last, First, MI)

08519-036
Inmate Number

FCI Allenwood MED
Place of Confinement

P.O. Box 2000
Address

White Deer, union  PA  17887
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___    Pretrial detainee

___    Civilly committed detainee

___    Immigration detainee

___    Convicted and sentenced state prisoner

✓    Convicted and sentenced federal prisoner

B.    **DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

UNITED STATES
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
City, County, State, Zip Code

Defendant 2:

_____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

City, County, State, Zip Code

Defendant 3:

_____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

City, County, State, Zip Code

Defendant 4:

_____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

City, County, State, Zip Code

Defendant 5:

_____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

City, County, State, Zip Code

## III.   STATEMENT OF FACTS

State only the facts of your claim below.  Include all the facts you consider important.  Attach additional pages if needed.

A.   Describe where and when the events giving rise to your claim(s) arose.

I was climbing up to my top bunk in my cell in unit 3A at Allenwood PA.

B.   On what date did the events giving rise to your claim(s) occur?

April 6, 2020, I noticed climbing up on to my bunk.

C.   What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

I reported to medical Two times (April 6, 2020 and July 23, 2020) about having pain on my right side near my groin. Both times Powanda my PA told me there is nothing there. On my second visit on July 23, 2020 I requested for a ultra sound to be preformed. Which was done on Aug 17, 2020. I later was told by my PA that I infact have a hernia. and we Discussed surgery. On Aug 22, 2020 I went to medical to meet with the surgent. around 8:30 A Medical the informed all inmates to return to cure asigned housing units that the prison is now on lockdown due to Covid-19. Knowing I infact had a hernia medical failed to proud me with a lower bunk. I was in alot of pain and found it hard to climb up on to my top bunk, and it also affected my everyday activities and found it hard to sleep. By the time I met with the surgent to discuss surgery. I was told it would not be for the next 4 months. I had to deal with the pain for over a year. I ended up having surgery on May 12, 2021. I was later denied proper medical treatment when I was in pain after surgery. and medical failed once again to provide me with a lower bunk. I made staff aware right away of the problem to be ignored. I later filled out

(continue next page)

Cop-out stating my issues and would like to see Medical I handed my cop-out to Mr. Sassaman. (it stated: I am having alot of pain, I threw up my meal and felt weak. Also that I need to be placed on a lower bunk). Around 9:00-9:30 pm Mr. Maized from medical shoved up and all he said was take tylenol. Maized then walked away and failed to address my other issues I presented in my cop-out

I was never provided a lower bunk. I later presented of having pain that shobts down to my right testical, and continues to acure to this day.

On May 13 2020 I sent a sick-call slip into medical. Stating all that had happened. Days later on May 21 2020 I told Mr Hemphill that I am having sharp pains shoot down to my right testical. I believe is caused by it not healing right from having to climb on the top bunk. I'd like to state that mr Hamphill never made a note of providing me with a lower bunk. records don't say what we really discussed.

## IV.    LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

1) Poland Nurse, Cullen Doctor deliberate indifference to serious medical needs Violates the Eighth Amendment of the United States Constitution Mere medical officials are deliberate indifference to a prisoners Serious medical needs When they deny, delay or intentionally, interfere with medical treatment. (delay of treatment for 13 months)

2) Poland Nurse, Cullen Doctor, The Eighth Amendment Prohibits the unnecessary and Wanton infliction of pain when a serious medical need present Whenever the failure to treat a prisoner's condition Could result in further singifient injury other unecessary and Wanton infliction of pain (When Medical Staff known that I was no provided a lower bunk)

3) Maize NREMT-P, Poland Nurse, The Eighth Amendment Can be violated When failure to treat a prisoner results in pain even if it dose not result in a Worsening of patient's Condition Denial of treatments that Could "eliminat pain and Suffering at least temporaily (Denied Medical treatment) (Continue next page)

## V.    INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Denying treatment and proper care. left Me with Continuing pain, The harm of this is a result that my hernia did not heal right and could lead to Further pain or injury

## VI.    RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

I am seeking ~~Money damages~~ Monetary relief for pain and Suffering, I'd like to see that all partys held accontabale.

4) Hamphill nurse Powanda nurse, Bollen Doctor, Maize NREMT-P. My Eighth Amendment of the United States Constitution from all partys Violates. When all partys are well in the means of Deliberate Indifference. When denying proper medical treatment knowing the medical condition denied can significantly affects daily activities, and the existence of chronic and substantial Pain.

## VII.    SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

Signature of Plaintiff

2-28-22

Date

Richard Moulton
08519-036
FCI Allenwood MED
P.O. Box 2000
White Deer, PA 17887

INMATE NAME/NUMBER: _____
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD ___IONAL INSTITUTION
WHITE DEER, PA 17887-2500
P.O. BOX_____
WHITE DEER, PA 17887

DATE    MAR 0 1 2022

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

Legal Mail
Sent on: 3-1-22

U.S. District Court
For the Middle District of Pennsylvania
235 North Washington Ave
Scranton, PA 18501

INMATE NAME/NUMBER:
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD
P.O. BOX
WHITE DEER, PA 17887

RECEIVED
SCRANTON
MAR 04 2022
PER _____
DEPUTY CLERK