IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD M. MOULTON JR., | : | Civil No. 3:22-cv-326 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant | : | |

### ORDER

**AND NOW**, this 20th day of April, 2022, upon consideration of Plaintiff's motion (Doc. 4) for appointment of counsel, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 4) is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge